THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE PANTIEL, Appellant, *v.* WARDEN OF THE HOUSE OF DETENTION FOR WOMEN, Respondent.

Argued June 5, 1941; decided July 29, 1941.

*Joseph A. Solovei, Milton I. Weintraub* and *Max Weisman* for appellant.

*William O'Dwyer, District Attorney* (*Edward H. Levine* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.